Omega Ginobli Partners, LLC, Respondent, 
against
Anthony Obie, Appellant, -and- "John Doe" and "Jane Doe," Undertenants.



Appeal from an order of the Civil Court of the City of New York, Kings County (Laurie Lynne Lau, J.), entered August 1, 2014. The order denied tenant's motion, in effect, to vacate a warrant in a nonpayment summary proceeding.




ORDERED that the order is affirmed, without costs.
In this nonpayment proceeding, following a nonjury trial at which tenant's claim for an abatement was denied based on his failure to give landlord access to make repairs, a final judgment was entered on November 14, 2013 awarding landlord possession and the sum of $2,750. In July 2014, tenant moved, in effect, to vacate the warrant. By order entered August 1, 2014, the Civil Court denied tenant's motion based on his failure to pay the rent arrears. 
On this appeal, tenant submits documents that are dehors the record and which are dated after the date of the order appealed from. This court will not review documents which are dehors the record (see Chimarios v Duhl, 152 AD2d 508 [1989]). Tenant must therefore seek relief in the Civil Court upon the papers submitted. 
Accordingly, the order is affirmed. 
Weston, J.P., Aliotta and Elliot, JJ., concur.
Decision Date: May 12, 2016